■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH L. DOBOS, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted (see *People v Crawford,* 71 AD2d 38). (Appeal from judgment of Chautauqua County Court, Adams, J. — murder, second degree.) Present — Dillon, P. J., Callahan, Doerr, Boomer and Moule, JJ.

54  THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUDOLPHUS BOANS, JR., Appellant. — Judgment unanimously affirmed. Memorandum: We find no reason in this record to vacate defendant's bargained plea of guilty to manslaughter in the first degree. He entered his plea during trial after hearing the evidence against him and the court which accepted the plea had no reason to believe it was unfair or inappropriate (see *People v Francis,* 38 NY2d 150). There is nothing in the record which supports defendant's claim that he was denied the effective assistance of counsel and defendant may pursue that issue under CPL 440.10 (see *People v Brown,* 45 NY2d 852, 853-854). (Appeal from judgment of Niagara County Court, Di Florio, J. — manslaughter, first degree.) Present — Hancock, Jr., J. P., Doerr, Denman, Moule and Schnepp, JJ.

■ In the Matter of REBECCA G., a Person in Need of Supervision, Appellant. — Order unanimously reversed and petition dismissed. Memorandum: The evidence adduced at the fact-finding hearing is insufficient as a matter of law to establish beyond a reasonable doubt (see *Matter of Richard S.,* 27 NY2d 802; *Matter of Terry UU.,* 52 AD2d 683) that appellant is a person in need of supervision within the meaning of subdivision (b) of section 712 and section 732 of the Family Court Act (see *Matter of Freeman B.,* 93 AD2d 997; *Matter of David N.,* 92 AD2d 739). (Appeal from order of Erie County Family Court, Sedita, J. — Family Ct Act, art 7.) Present — Hancock, Jr., J. P., Doerr, Denman, Moule and Schnepp, JJ.

■ ELAINE M. ULRICH, Respondent, v SAMUEL SHATKIN, Appellant. — Order unanimously affirmed, with costs. Memorandum: It does not clearly appear from the face of the complaint whether the gravamen of the action is for breach of contract or malpractice. For this reason Special Term properly denied the motion to dismiss under CPLR 3211 (subd [a], par 5). (Appeal from order of Supreme Court, Erie County, Gossel, J. — dismiss complaint.) Present — Hancock, Jr., J. P., Doerr, Denman, Moule and Schnepp, JJ.

■ In the Matter of the COMMISSIONER OF SOCIAL SERVICES OF THE COUNTY OF ERIE, on Behalf of JOAN HAMILTON, Appellant, v DAVID REICHLIN, Respondent. — Order unanimously reversed, without costs, and petition reinstated (see *Matter of Commissioner of Social Servs. of County of Erie v Hargrove,* 84 AD2d 946). (Appeal from order of Erie County Family Court, Sedita, J. — dismiss petition.) Present — Hancock, Jr., J. P., Doerr, Denman, Moule and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS H. WHITEHURST, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted (see *People v Crawford,* 71 AD2d 38). (Appeal from judgment of Oneida County Court, Walsh, J. — assault, third degree.) Present — Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT GATES, Appellant. — Judgment unanimously affirmed (see *People v Compton,* 42 AD2d 201). (Appeal from judgment of Niagara County Court, Di Florio, J. — attempted burglary, third degree.) Present — Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.